UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Pedro Eduardo R.P., | File No. 26-cv-1323 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, U.S. Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation dated February 17, 2026. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**.

2. Petitioner Pedro Eduardo R.P.'s Verified Amended Petition for Writ of Habeas Corpus [ECF No. 5] is **GRANTED**.

3. Respondents shall release Petitioner Pedro Eduardo R.P. from custody:

    a. As soon as practicable;

    b. In the State of Minnesota;

    c.    At a safe time and place communicated in advance to counsel; and

    d.    With all of Petitioner's personal effects in Respondent's possession, such as his driver's license, immigration papers, passport, cell phone, and keys.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court