# UNITED STATES DISTRICT COURT
## District of Minnesota

Pedro Eduardo Ruiz Porras,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons
and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1323 ECT/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 8] is ACCEPTED.

2. Petitioner Pedro Eduardo R.P.'s Verified Amended Petition for Writ of Habeas Corpus [ECF No. 5] is GRANTED.

3. Respondents shall release Petitioner Pedro Eduardo R.P. from custody:

a. As soon as practicable;

b. In the State of Minnesota;

c. At a safe time and place communicated in advance to counsel; and

d. With all of Petitioner's personal effects in Respondent's possession, such as his driver's license, immigration papers, passport, cell phone, and keys.

Date: 2/20/2026

KATE M. FOGARTY, CLERK